13152.00421-JAK
MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN
By: Julia A. Klubenspies, Esq.
Attorney I.D. No. 039741994
☎ 973-618-4100     🖨 973-618-0685
✉ jaklubenspies@mdwcg.com
425 EAGLE ROCK AVENUE, SUITE 302
ROSELAND, NJ 07068
(973) 618-4100
ATTORNEYS FOR DEFENDANTS - Helene Reich, M.D. and Amelin Radiology (d/b/a Essex Imaging)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| MARGARITA NARANJO, | CASE NO.: 2:12-CV-04863-KSH-PS |
|---|---|
| Plaintiff | Civil Action |
| v. | **VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE AS TO HELENE REICH, M.D. and AMELIN RADIOLOGY (d/b/a ESSEX IMAGING), ONLY** |
| UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY, FRED PALACE, M.D., BASIL HUBBI, M.D., SAINT BARNABAS HEALTH CARE SYSTEM/CLARA MAASS MEDICAL CENTER/WEST HUDSON DIVISION, HYUN SONG, M.D., HELENE REICH, M.D., NEWARK COMMUNITY MEDICAL CENTER, INC. SHARON JOHNSON, M.D., JOSE CASTENADA, CFNP, JOHN DOES (fictitious name of other physician or healthcare providers involved in the interpretation, performance, reading, recommendation, follow up or scheduling of breast imaging studies, or breast complaints of any kind), JANE ROES, ABC GROUPS (fictitiously named groups or companies of which John Does or any defendant was an agent, servant or employee), | |
| Defendants | |

Plaintiff having determined to voluntarily dismiss the within action, with prejudice, as against Helene Reich, M.D. and Amelin Radiology (d/b/a Essex Imaging), it is hereby stipulated and agreed that that all claims and any and all crossclaims are hereby voluntarily dismissed as against defendants, Helene Reich, M.D. and Amelin Radiology (d/b/a Essex Imaging) only, with prejudice, and without costs or fees to any party.

_____
Hon. Susan D. Wigenton, USDJ

Dated: March 16, 2015