UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARITA NARANJO, | HONORABLE SUSAN D. WIGENTON |
| Plaintiff, | |
| v. | Civil Action No. 12-4863 (SDW) (SCM) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be dismissed against Defendant United States of America with prejudice and without costs against either party.

It is contemplated that this Stipulation of Dismissal with Prejudice may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

BLUME DONNELLY FRIED FORTE
ZERRES & MOLINARI, P.C.

By: CAROL L. FORTE, ESQUIRE
Attorneys for Plaintiff Margarita Naranjo

Dated: 2/29/16

PAUL J. FISHMAN
United States Attorney

By: ELIZABETH A. PASCAL
Assistant U.S. Attorney
Attorneys for Defendant United States

Dated: 3/1/16