ESX-L 5769-12

RUPRECHT HART WEEKS & RICCIARDULLI, LLP
53 Cardinal Drive, Suite 1
Westfield, NJ 07090
Telephone: (908)233-4800
Attorneys For Defendants, The University of Medicine and Dentistry of New Jersey, Fred M. Palace, M.D. and Basil Hubbi, M.D.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARITA NARANJO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY, FRED PALACE, M.D., BASIL HUBBI, M.D., SAINT BARNABAS HEALTH CARE SYSTEM/CLARA MAASS MEDICAL CENTER/WEST HUDSON DIVISION, HYUN SONG, M.D., HELENE REICH, M.D., NEWARK COMMUNITY MEDICAL CENTER, INC., SHARON JOHNSON, M.D., JOSE CASTENADA, CFNP, et al<br><br>　　　　Defendants. | Civil Action<br><br>Docket No.: 2:12-cv-04863<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS, THE UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY, FRED M. PALACE, M.D., AND BASIL HUBBI, M.D., ONLY** |

　　　The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs including all counterclaims and cross-claims as against defendants, The University of Medicine and Dentistry of New Jersey, Fred M. Palace, M.D. and Basil Hubbi, M.D., only.

Dated:

Ruprecht Hart Weeks &　　　　　　Blume Goldfaden Berkowitz Donnelly
Ricciardulli, LLP　　　　　　　　　Fried & Forte, P.C.
Attorneys for Defendants　　　　　Attorneys for Plaintiff

_____　　_____
Michael R. Ricciardulli, Esq.　　Carol L. Forte, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARITA NARANJO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | HONORABLE SUSAN D. WIGENTON<br><br>Civil Action No. 12-4863 (SDW) (SCM) |

### STIPULATION OF DISMISSAL OF CROSS-CLAIMS WITH PREJUDICE

The matter in difference in the above-entitled action having been amicably adjusted among Plaintiff Margarita Naranjo; Defendant/Cross-Claimant/Cross-Defendant United States of America; and Defendants/Cross-Claimants/Cross-Defendants University of Medicine and Dentistry of New Jersey, Basil Hubbi, M.D., and Fred Palace, M.D., it is hereby stipulated and agreed that any and all cross-claims by and between the Cross-Claimants/Cross-Defendants are hereby dismissed with prejudice and without costs.

It is contemplated that this Stipulation may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

RUPRECHT, HART & WEEKS, LLP

By: MICHAEL R. RICCIARDULLI, ESQ.
Attorneys for Defendants/
Cross-Claimants/Cross-Defendants
University of Medicine and Dentistry of NJ,
Basil Hubbi, M.D., and Fred Palace, M.D.

Date: 3/11/16

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: ELIZABETH A. PASCAL
ASSISTANT U.S. ATTORNEY
Attorneys for Defendant/Counter-
Claimant/Counter-Defendant
United States of America

Date: 3/7/16