ESX-L 5764-12

RUPRECHT HART WEEKS & RICCIARDULLI, LLP
53 Cardinal Drive, Suite 1
Westfield, NJ 07090
Telephone: (908)233-4800
Attorneys For Defendants, The University of Medicine and Dentistry of New Jersey, Fred M. Palace, M.D. and Basil Hubbi, M.D.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARGARITA NARANJO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY, FRED PALACE, M.D., BASIL HUBBI, M.D., SAINT BARNABAS HEALTH CARE SYSTEM/CLARA MAASS MEDICAL CENTER/WEST HUDSON DIVISION, HYUN SONG, M.D., HELENE REICH, M.D., NEWARK COMMUNITY MEDICAL CENTER, INC., SHARON JOHNSON, M.D., JOSE CASTENADA, CFNP, et al<br><br>    Defendants. | Civil Action<br><br>Docket No.: 2:12-cv-04863<br><br>**STIPULATION OF DISMISSAL WITH PREJDICE AS TO DEFENDANTS, THE UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY, FRED M. PALACE, M.D., AND BASIL HUBBI, M.D., ONLY** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs including all counterclaims and cross-claims as against defendants, The University of Medicine and Dentistry of New Jersey, Fred M. Palace, M.D. and Basil Hubbi, M.D., only.

Dated:

Ruprecht Hart Weeks & Ricciardulli, LLP
Attorneys for Defendants

_____
Michael R. Ricciardulli, Esq.

Blume Goldfaden Berkowitz Donnelly Fried & Forte, P.C.
Attorneys for Plaintiff

_____
Carol L. Forte, Esq.

So Ordered this 22nd day of March 2016

_____
Susan D. Wigenton, U.S.D.J.